**STATE of Missouri, Plaintiff–
Respondent,**

v.

**Gary L. DuBOIS, Defendant–Appellant.**

No. 69444.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 17, 1997.

Application to Transfer Denied
April 29, 1997.

John J. Collins, Clayton, for defendant–appellant.

John R. Lasater, Asst. Pros. Atty., St. Louis County, Clayton, for plaintiff–respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment entered upon his conviction by a jury of resisting arrest in violation of § 575.150, RSMo 1994. The court sentenced Defendant to a term of sixty days in the Department of Justice Services. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).